**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEVIN COIT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:25-cv-183 |
| | ) | Judge Stephanie L. Haines |
| LAUREL HARRY *et al.*, | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM ORDER**

Presently before the Court is a civil rights case filed *pro se* by Kevin Coit ("Plaintiff") which commenced on June 20, 2025, with a Motion for Leave to Proceed in forma pauperis (ECF No. 1). This matter was referred to Magistrate Judge Maureen P. Kelley for proceedings in accordance with the Federal Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.D. Shortly after the case was filed, on July 9, 2025, Magistrate Judge Kelly issued a Deficiency Order (ECF No. 5), citing Plaintiff's failure to provide the correct number of copies of the complaint needed for service. Petitioner never properly responded to the Court's Deficiency Order with additional copies, though he did appeal the Magistrate Judge's decision (ECF No. 7). The appeal was later dismissed because Plaintiff failed to pay the filing fee for the appeal (ECF No. 14).

On August 4, 2026, Magistrate Judge Kelly filed a Report and Recommendation (ECF No. 15) recommending that the case be dismissed for failure to prosecute. Petitioner was advised he could file objections to the Report and Recommendation by August 21, 2026. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. Petitioner has filed no objections, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 15) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Kelly. Magistrate Judge Kelly correctly determined Petitioner has failed to effectively prosecute his case under the *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984) factors.

Accordingly, the following order is entered:

**ORDER**

AND NOW, this 14th of September, 2026, IT IS ORDERED that Plaintiff's civil rights case at docket number 3:25-cv-183 hereby is DISMISSED WITHOUT PREJUDICE; and,

IT IS FURTHER ORDERED that Magistrate Judge Kelly's Report and Recommendation (ECF No. 15) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge